DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 310P12 | Experienceone Homes, LLC and Lados, LLC v. Town of Morrisville | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-1193) | Denied |
|---|---|---|---|
| 313A12 | State v. Jerome Robinson, Jr. | Def's Motion to Withdraw Appeal (COA11-1163) | Allowed |
| 317P12 | State v. Dominick James Jordan | 1. Def's NOA Under N.C.G.S. § 7A-30 (COA12-2)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 320P12 | State v. Kenneth Wayne Mills | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-3) | Denied |
| 322P12 | Boyce Moneyham v. Ennis Oates | Def's *Pro Se* Motion for PDR (COAP12-506) | Denied **08/01/12** |
| 330P12. | Carl Alston, as Administrator of the Estate of Jearlene Alston v. Granville Health System (Formerly Granville Medical Center, a County Owned Hospital and Agency of Granville County), Granville Medical Center Board of Trustees, and Dr. Reginald Hall | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1522)<br><br>2. Def's (Dr. Reginald Hall) Motion to Dismiss PDR | 1. - - -<br><br>2. Allowed |
| 331P12 | State v. Cole Reeves Williams | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1326) | Denied |
| 332A11 | In the Matter of: T.A.S. | ACLU of NC, et al.'s Motion to Substitute Counsel | Allowed **06/25/12** |
| 335P03-2 | State v. James Arthur Monroe | Def's *Pro Se* NOA Based Upon a Constitutional Question (COAP12-535) | Dismissed *Ex Mero Motu* |
| 335P12 | Derald Hafner v. Jo Ann C. Averette, Clerk of Superior Court | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |